IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| STEWART DAVIES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOANCARE, LLC,<br><br>　　　　Defendant. | Case No. 3:20-cv-50208<br><br>Honorable Iain D. Johnston |

**ORDER**

On December 01, 2022, Magistrate Judge Schneider entered a Report and Recommendation that Plaintiff's case be dismissed under Rule 37(b)(2) for repeated failures to comply with discovery obligations and failure to obey court orders. Dkt. 147, at 7. Before the court is Plaintiff's objection to the December 01, 2022, Report and Recommendation. Dkt. 153.

The Report and Recommendation addresses a dispositive matter, so the Court applies the de novo standard of review. Fed. R. Civ. P. 72(b)(3), 23 U.S.C §636(b). From conducting its own independent analysis, the Court is firmly convinced that the Judge Schneider's Report and Recommendation is legally sound. Throughout the two years this case has dragged on with little progress, in large part due to Plaintiff's 24 motions to extend deadlines and discovery motions, and despite Plaintiff's blatant disregard for this Court's authority by ignoring Court

1

orders to respond to discovery request and pay Defendant $10,697.50 in attorneys' fees, Judge Schneider has remained generous with Plaintiff.

Plaintiff's objections are not grounded in law, nor do they cite to any legal authority. Therefore, Plaintiff's objections are overruled. The Court adopts Magistrate Judge Schneider's December 01, 2022, Report and Recommendation in its entirety. This case is dismissed with prejudice.

Date: March 1, 2023

_____
Honorable Iain D. Johnston
United States District Judge